IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARREN SMITH, as Special Administrator
of the Estate of FRANCES HOWARD                                        PLAINTIFF

v.                           No. 5:10-cv-347-DPM

LINCARE INC., d/b/a
UNITED MEDICAL-PINE BLUFF                                              DEFENDANT

ORDER

Smith's unopposed motion for voluntary dismissal, *Document No. 13*, is granted. Smith's complaint is dismissed without prejudice. FED. R. CIV. P. 41(a)(2).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

12 January 2012