IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DARREN SMITH, as Special Administrator
of the Estate of FRANCES HOWARD                        PLAINTIFF

v.                        No. 5:10-cv-347-DPM

LINCARE INC., d/b/a
UNITED MEDICAL-PINE BLUFF                              DEFENDANT

JUDGMENT

Smith's complaint is dismissed without prejudice.


*[signature]*
D.P. Marshall Jr.
United States District Judge

12 January 2012